IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-39-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT LEE CANULLI, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, March 28, 2018 at 3:30 p.m., is **VACATED** and reset to commence on **Tuesday, March 27, 2018 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 14th day of March, 2018.

SUSAN P. WATTERS
United States District Judge

1